1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11   SAMMY LOZANO,                    ) NO. CV 16-2384-SJO(E)
                                      )
12              Petitioner,           )
                                      )    ORDER ACCEPTING FINDINGS,
13         v.                         )
                                      )    CONCLUSIONS AND RECOMMENDATIONS
14   MONTGOMERY, Warden,              )
                                      )    OF UNITED STATES MAGISTRATE JUDGE
15              Respondent.           )
                                      )
16   _____  )

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19   Petition, all of the records herein and the attached Report and
20   Recommendation of United States Magistrate Judge.  Further, the Court
21   has engaged in a de novo review of those portions of the Report and
22   Recommendation to which any objections have been made.  The Court
23   accepts and adopts the Magistrate Judge's Report and Recommendation.
24
25        IT IS ORDERED that: (1) the Motion for a Stay is denied; and
26   Judgment shall be entered denying and dismissing the Petition with
27   prejudice.
28   ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 22, 2016.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE