**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMMY LOZANO, | ) NO. CV 16-2384-SJO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MONTGOMERY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 22, 2016.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE